UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-21104-CIV-MORENO

JAVIER LOPEZ,

    Plaintiff,

vs.

HSBC BANK USA, *et al.*,

    Defendant.
_____/

## ORDER SETTING PRELIMINARY APPROVAL HEARING

THIS CAUSE came before the Court upon Plaintiff's Motion for Preliminary Approval of Class Action Settlement and for Certification of the Settlement Class **(D.E. No. 101)**, filed on **February 28, 2014**. It is

**ADJUDGED** that the Preliminary Approval Hearing shall take place before the undersigned, United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 13-3, 400 North Miami Avenue, Miami, Florida 33128, on **Thursday, March 13, 2014 at 11:30 a.m**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record