UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-21104-MORENO/OTAZO-REYES

DARLENE DIAZ, an individual,
on behalf of herself and all others
similarly situated,

       Plaintiff,

v.

HSBC BANK USA, N.A.; HSBC MORTGAGE
CORP.; HSBC FINANCE CORP.; BENEFICIAL
COMPANY, LLC; BENEFICIAL FINANCIAL I,
INC.; HFC COMPANY, LLC; HSBC CONSUMER
LENDING (USA), INC.; HSBC MORTGAGE
SERVICES, INC.; ASSURANT, INC.;
AMERICAN SECURITY INSURANCE
COMPANY; and STANDARD GUARANTY
INSURANCE COMPANY;

       Defendants.
_____/

## NOTICE OF FILING STIPULATED
## AMENDED CLASS ACTION COMPLAINT

By agreement of all parties to this action and pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Darlene Diaz, on behalf of herself and all others similarly situated and through undersigned counsel, hereby gives notice of filing the stipulated Amended Class Action Complaint attached as **Exhibit A**.

       /s/ Adam M. Moskowitz

| | |
|---|---|
| Adam M. Moskowitz, Esq. | Aaron S. Podhurst, Esq. |
| amm@kttlaw.com | apodhurst@podhurst.com |
| Thomas A. Tucker Ronzetti, Esq. | Peter Prieto, Esq. |
| tr@kttlaw.com | pprieto@podhurst.com |
| Rachel Sullivan, Esq. | John Gravante, III, Esq. |
| rs@kttlaw.com | jgravante@podhurst.com |
| Robert J. Neary, Esq. | Matthew Weinshall |
| rn@kttlaw.com | mweinshall@podhurst.com |

| | |
|---|---|
| **KOZYAK, TROPIN, & THROCKMORTON P.A.**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  (305) 372-1800<br>Facsimile:   (305) 372-3508<br>*Counsel for Plaintiff* | **PODHURST ORSECK, P.A.**<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130<br>Telephone: 305-358-2800<br>Facsimile: 305-358-2382<br>*Counsel for Plaintiff* |
| Lance A. Harke, P.A.<br>lharke@harkeclasby.com<br>Sarah Engel, Esq.<br>sengel@harkeclasby.com<br>Howard M. Bushman, Esq.<br>hbushman@harkeclasby.com<br>**HARKE CLASBY & BUSHMAN LLP**<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone:     (305) 536-8220<br>Facsimile:      (305) 536-8229<br>*Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the foregoing was filed with the Court via CM/ECF and served on all counsel of record by the same means on the 7th day of March, 2014.

                                              By: /s/ Adam M. Moskowitz

352390