UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number:  13-21104-CIV-MORENO

DARLENE DIAZ,

       Plaintiff,

vs.

HSBC BANK USA, N.A., *et al.*,

       Defendant.

_____/

## ORDER DENYING MOTION TO VACATE ORDER STRIKING OBJECTION TO CLASS ACTION SETTLEMENT

THIS CAUSE came before the Court upon Objectors' Motion to Vacate Order Striking Objection to Class Action Settlement **(D.E. No. 162)**, filed on **August 25, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.  Obtaining opposing counsel's permission to bypass the rules without Court permission is not sufficient.  The objections may be refiled in accordance with all rules.

DONE AND ORDERED in Chambers at Miami, Florida, this 26ᵗʰ day of August, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record