# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 13-21104-CIV-MORENO/GARBER

DARLENE DIAZ, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

HSBC BANK USA, N.A., *et al.*

    Defendants.
_____/

## NOTICE OF APPEARANCE OF TOD ARONOVITZ, EDWARD W. CIOLKO, PETER A. MUHIC, BARBARA HART ON BEHALF OF PLAINTIFF OBJECTORS

Please enter the appearances of Tod Aronovitz, Edward W. Ciolko, Peter A. Muhic, Barbara Hart on behalf of Plaintiff Objectors **DEBRA KIRKTINDOLL, TIMOTHY BROOKS, JEAN FRANCOIS AND PATRICIA DEHAERNE, MARK AND TAMMY WAKEFIELD, CHRISTOPHER MAXWELL, MATT AND GLADYS WOODEN, AND LAQUENTA AND SERGIO MONTANEZ** in the above captioned action.

Counsel hereby makes these appearances pursuant to paragraph 13(c) of the Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing the Issuance of Class Notice, and Scheduling Final Approval Hearing, in the above captioned matter.  *See* ECF No. 113 at 9.

Counsel reserves the right to rely upon Plaintiff Objectors' Notice of Corrected Objection and all documents contemporaneously filed as exhibits, *see* ECF Nos. 165 – 165-7 , as well as all other pleadings and papers filed in the above captioned action.

DATED: September 4, 2014                                    Respectfully submitted,

**ARONOVITZ LAW**

*/s/ Tod Aronovitz*
Tod Aronovitz (FBN 186430)
One Biscayne Tower, Suite 2630
2 South Biscayne Boulevard
Miami, FL  33131
Telephone: (305) 372-2772
Facsimile: (305) 397-1886
Email: ta@aronovitzlaw.com

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Edward W. Ciolko (*Pro Hac Vice*)
Peter A. Muhic (*Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: eciolko@ktmc.com
Email: pmuhic@ktmc.com

**LOWEY DANNENBERG
COHEN & HART, P.C.**
Barbara Hart
Jeanne D'Esposito
Scott V. Papp
David C. Harrison
One North Broadway, Suite 509
White Plains, NY  10601-2301
Email: bhart@lowey.com
Email: jdesposito@lowey.com
Email: spapp@lowey.com
Email: dharrison@lowey.com

*Counsel for Plaintiff Objectors,*
**DEBRA KIRKTINDOLL, TIMOTHY BROOKS, JEAN FRANCOIS AND PATRICIA DEHAERNE, AND MARK AND TAMMY WAKEFIELD, LAQUENTA AND SERGIO MONTANEZ, CHRISTOPHER MAXWELL, MATT AND GLADYS WOODEN**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF or via other transmission, on all counsel of record.

By: */s/ Tod Aronovitz*