UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:13-cv-21104-MORENO

DARLENE DIAZ, on behalf of herself and all others similarly situated,

   Plaintiff,

v.

HSBC USA, N.A.; HSBC MORTGAGE CORP.; HSBC FINANCE CORP.; BENEFICIAL COMPANY, LLC; BENEFICIAL FINANCIAL I, INC.; HFC COMPANY, LLC; HSBC CONSUMER LENDING (USA), INC.; HSBC MORTGAGE SERVICES, INC.; ASSURANT, INC.; AMERICAN SECURITY INSURANCE COMPANY; and STANDARD GUARANTY INSURANCE COMPANY,

   Defendants.

_____/

## FINAL JUDGMENT

Consistent with the Court's Order Granting Final Approval to Class Action Settlement, it is

**ADJUDGED** that this action, including all individual claims and class claims presented as defined in the Final Approval Order, is DISMISSED on the merits and with prejudice against the Plaintiff and all other Settlement Class Members, without fees or costs to any party except as otherwise provided in the Final Approval Order. It is further

**ADJUDGED** that this case is CLOSED, and all pending motions are DENIED as moot.

DONE and ORDERED in Chambers in Miami, Florida, this ___29___ day of October, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE