

WALTER E. MELOY
2246 Hartville Road
Mogadore, OH 44260
Tel: 330-968-8115
Objector-Class Member

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

DARLENE DIAZ,
on behalf of herself and all others similarly situated,

        Plaintiffs,

v.

HSBC USA, N.A., et al.,

        Defendants.

Case Number: 1:13-CV-21104FAM

CLASS ACTION

**CLASS MEMBER WALTER E. MELOY'S NOTICE OF APPEAL**

Judge: Hon. Federico A. Moreno

1

## WALTER MELOY'S NOTICE OF APPEAL

Class member/Objector Walter Meloy hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following orders and judgments of this Court:

(1) Order Granting Approval to Class Action Settlement (Dkt. #182) entered in this action on October 29, 2014.

(2) Final Judgment Granting Approval to Class Action Settlement (Dkt. #183) entered in this action on October 29, 2014.

Respectfully submitted,

*Walter E. Meloy*
WALTER E. MELOY
And Richard Meloy, P.O.A.
2246 Hartville Road
Mogadore, OH 44260
Tel: 330-968-8115
Objector-Class Member

Appearing Pro Se

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice of Appeal was served upon the following by overnight or first-class U.S. mail, postage prepaid, on the 25th of November, 2014:

Clerk of the United States District Court
For the Southern District of Florida
400 North Miami Ave., 8th Floor
Miami, FL 33128

Adam M. Moskowitz
Kozyak, Tropin & Throckorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134

Lisa M. Simonetti
Stroock & Strook & Lavan L.L.P.
2029 Century Park East, Suite 1600
Los Angeles, CA 90067

Frank G. Burt
Farrokh Jhabvala
Carlton Fields Jorden Burt
1025 Thomas Jefferson St., NW, Suite 400 East
Washington, D.C. 20007-5208

*Walter E. Meloy*
WALTER E. MELOY
And Richard Meloy, P.O.A.

