UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-21104-CIV-MORENO

DARLENE DIAZ, an individual, on behalf of
herself and all others similarly situated,

        Plaintiff,

vs.

HSBC BANK USA, N.A., et al.,

        Defendants.
_____/

### ORDER REQUIRING BANK OF AMERICA TO
### RE-ISSUE SETTLEMENT CHECK TO CLASS MEMBER NEVILLE DERBY

    THIS CAUSE came before the Court upon the HSBC Defendants' Response to Order to Show Cause of HSBC Defendants **(D.E. 206)**, filed on **January 11, 2019**. The Response asserts that after a "review of the records in this action and following conferral with the settlement administrator . . . the HSBC Defendants have no objection to the Court ordering Bank of America to re-issue the settlement check it previously issued to Neville Derby on December 7, 2015" in the amount of $7,640.83 (check number 0024005477). Therefore, it is

    **ADJUDGED** that in light of the HSBC Defendants' Response, Bank of America is **ORDERED** to re-issue the settlement check previously issued to Neville Derby no later than **March 31, 2019**. Furthermore, HSBC Defendants must file, concurrent to the check re-issuance, a notice of compliance with this Order. As such, it is also

    **ADJUDGED** that Class Members Neville and Janette Derby's Request for Assistance in Ordering Bank of America to Re-issue Settlement Check **(D.E. 203)** is **GRANTED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ of February 2019.

                                         FEDERICO A. MORENO
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Neville and Janette Derby
1371 NE 40 Place
Oakland Park, Florida 33334